**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

GLENDA GRANT                                                       CASE NO.  3:15-cv-1376-J-34PDB
v.
OCWEN LOAN SERVICING, LLC

<u>Counsel for Plaintiff</u>:                                              <u>Counsel for Defendant</u>:
Brian Warwick                                                          Timothy Andreu
                                                                                  Robert Campbell

**HONORABLE MARCIA MORALES HOWARD, UNITED STATES DISTRICT JUDGE**
Courtroom Deputy: Jodi L. Wiles          Court Reporter: Cindy Packevicz Jarriel

**CLERK'S MINUTES**

PROCEEDINGS OF: MOTION HEARING

Oral argument by counsel.

Defendant Ocwen Loan Servicing, LLC's Motion to Dismiss and Supporting Memorandum of Law (Dkt. No. 6) is **DENIED**.

Defendant shall have up to and including **October 21, 2016**, to file a supplemental motion to dismiss as to the FCCPA and Declaratory Judgment claims.

The stay of discovery is lifted.  The parties shall have up to and including **September 30, 2016**, to file an amended case management report.

DATE: September 9, 2016            TIME: 10:33 a.m. - 11:19 a.m.          TOTAL: 46 Minutes