**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

GLENDA GRANT, f/k/a GLENDA
RANDOLPH, individually and on behalf of a
class of persons similarly situated,

               Plaintiff,                CASE NO.: 3:15-cv-01376-MMH-PDB

vs.

OCWEN LOAN SERVICING, LLC,

               Defendant.

_____/

## JOINT MOTION FOR PRELIMINARY APPROVAL
## OF CLASS ACTION SETTLEMENT

Pursuant to Federal Rules of Civil Procedure 23(a), (b)(3) and (e), Plaintiff Glenda Grant

and Defendant Ocwen Loan Servicing, LLC (collectively, the "Parties") respectfully move the

Court on a joint basis for entry of an Order: (1) preliminarily certifying the Parties' proposed

nationwide Settlement Class for settlement purposes only, and appointing Plaintiff Grant as the

representative of the Settlement Class and Janet R. Varnell and Brian W. Warwick, of the law firm

of Varnell & Warwick, P.A., as counsel for the Settlement Class; (2) preliminarily approving the

Parties' proposed Stipulation of Settlement and Release, including all exhibits thereto

(collectively, the "Settlement"), a true and correct copy of which is attached hereto as **Exhibit A**;

(3) approving the notice plan and form of notice to the Settlement Class proposed by the

Settlement; (4) appointing Class-settlement.com as the Settlement Administrator; and (5) setting

dates and procedures for opt-outs, objections, and a final fairness hearing under Federal Rule of

Civil Procedure 23(c)(2).

1

This motion is made on the grounds that the Settlement is the product of arm's-length, good-faith negotiations; is fair, reasonable and adequate to the Settlement Class; and should be preliminarily approved.  This motion is based on the Parties' separate and contemporaneously-filed memorandums in support of this motion, the accompanying declarations of James Thomas Broome, Jr. and of Brian W. Warwick, the other pleadings on file in this matter, any other matter that may be submitted at the hearing, and any further argument that the Court might allow.

DATED:        May 7, 2018

| | |
|---|---|
| /s/ BRIAN W. WARWICK<br>Brian W. Warwick, Florida Bar No.: 0605573<br>Janet R. Varnell, Florida Bar No.: 0071072<br>David K. Lietz (pro hace vice)<br>VARNELL & WARWICK, P.A.<br>P.O. Box 1870<br>Lady Lake, FL 32158<br>Telephone: (352) 753-8600<br>Facsimile: (352) 504-3301<br>bwarwick@varnellandwarwick.com<br>jvarnell@varnellandwarwick.com<br>dlietz@varnellandwarwick.com<br><br>*Attorneys for Plaintiff,*<br>*Glenda Grant* | /s/ ROBERT J. CAMPBELL<br>Timothy A. Andreu<br>Florida Bar No. 443778<br>tandreu@bradley.com<br>BRADLEY ARANT BOULT CUMMINGS LLP<br>100 N. Tampa Street, Suite 2200<br>Tampa, Florida  33602<br>Phone: (813) 559-5500<br>Fax:  (813) 229-5946<br><br>Michael R. Pennington (pro hac vice)<br>mpennington@bradley.com<br>Robert J. Campbell (pro hac vice)<br>rjcampbell@bradley.com<br>BRADLEY ARANT BOULT CUMMINGS LLP<br>1819 Fifth Avenue North<br>Birmingham, Alabama 35173<br>Phone: (205) 521-8000<br>Fax: (205) 521-8800<br><br>*Attorneys for Defendant,*<br>*Ocwen Loan Servicing, LLC* |

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 7th day of May, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF, which will send a notice of electronic filing to all counsel of record.

*/s/ Robert J. Campbell*
Robert J. Campbell (pro hac vice)