# EXHIBIT 1

## 1UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

GLENDA GRANT, f/k/a GLENDA
RANDOLPH, individually and on behalf of
a class of persons similarly situated,

                                      **Case No. 3:15-cv-01376-MMH-PDB**

      Plaintiff,

vs.

OCWEN LOAN SERVICING, LLC,

      Defendant.

_____/

## *AFFIDAVIT OF GLENDA GRANT*

STATE OF FLORIDA       )
COUNTY OF _____   )

      BEFORE ME personally appeared, GLENDA GRANT, who being first duly sworn, deposes and states:

      1.     I, GLENDA GRANT, am of legal age, sound mind and otherwise competent to make this affidavit. I have personal knowledge of the matters recited in this affidavit and offer this testimony in support of Plaintiffs' Motion For Preliminary Approval of Class Action Settlement.

      2.     I am the named representative Plaintiff in the above-styled action.

      3.     I entered into a mortgage loan with IndyMac Bank, F.S.B. in 2007 secured by a home and real estate located at 1632 Golf Forest Dr., Jacksonville, Florida 32208.

      4.     On December 15, 2010, I filed a voluntary Chapter 7 petition in U.S. Bankruptcy Court, Middle District of Florida, Jacksonville Division.

5.     On March 24, 2011 I received a Notice of Discharge from the U.S. Bankruptcy Court.

6.     Sometime in late 2013, the Loan was transferred or assigned to OCWEN for servicing.

7.     Defendant OCWEN, continued to send me monthly Account Statements regarding my discharged mortgage debt on the Golf Forest Dr. Property.

8.     In addition, OCWEN sent me Delinquency Notices after I had filed for, and received, a bankruptcy discharge.

9.     I understand that I represent a class of people in this case. I understand that my duty as a class representative is to follow the litigation and be involved in the process of prosecuting this case for me and others like me. I am willing and able to represent other people who received the Mortgage Statements after discharge of their bankruptcy.

10.     My lawyers provided me with copies of many of the most important papers in this case and I have reviewed them to the best of my ability. I am generally able to follow the points and arguments and have had conversations with my lawyers when explanation was necessary.

12.     I hired attorneys who are experienced in consumer class action litigation.

13.     I have never been a class representative before.

14.     I have made arrangements with my attorneys to handle the cost of this litigation.  I understand that I am responsible for paying my pro-rata share of the costs associated with this litigation.

15.     I have no medical or other conditions that would hinder my pursuit of this lawsuit on behalf of this class.

16.     I am aware that that my lawyers negotiated a class action settlement that provides

2

for $500,000 to be distributed to the entire class based upon statutory limits on damages under the Fair Debt Collections Practice Act. I agree that this Settlement appears to be in the best interest of the class because it achieves the same amount we could collect at trial and the recovery will be divided equally among all the class members.

FURTHER AFFIANT SAYETH NAUGHT.

Dated: 4-27-2018

GLENDA GRANT

STATE OF FLORIDA )
COUNTY OF Duval )

The foregoing was duly sworn to and subscribed before me, this 27th day of April, 2018, by GLENDA GRANT, who is personally known to me.

NOTARY PUBLIC
Commission Expires: 2/24/19

Delicia West

Notary Public State of Florida
Delicia K West
My Commission FF 203239
Expires 02/24/2019

3